FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* JUNE 12, 2026 *
BROOKLYN OFFICE

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

26-CR-175
Judge Dora Lizette Irizarry
Magistrate Judge Taryn A. Merkl

1.  Title of Case: United States v. Shazia Bibi, et al.

2.  Related Magistrate Docket Number(s):_____

3.  Arrest Date: 6/15/2026

4.  Nature of offense(s):  ☒  Felony
                          ☐  Misdemeanor

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):_____

6.  Projected Length of Trial:  Less than 6 weeks  ☒
                                More than 6 weeks  ☐

7.  County in which crime was allegedly committed: Brooklyn_____
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]      ☐ Yes  ☒ No

9.  Has this indictment/information been ordered sealed?      ☒ Yes  ☐ No

10. Have arrest warrants been ordered?      ☒ Yes  ☐ No

11. Is there a capital count included in the indictment?  ☐ Yes  ☒ No

JOSEPH NOCELLA, JR.
United States Attorney

By:  /s/Patrick J. Campbell
     Patrick J. Campbell
     DOJ Trial Attorney
     (202) 262-7067

---

[1]  Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12